IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL ROGERS,<br><br>　　　　　　Defendant. | 8:20-CR-204<br><br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 45. The Court has reviewed the record in this case and finds as follows:

1. On January 19, 2021, the Court entered a Preliminary Order of Forfeiture (Filing 38), forfeiting Defendant's interest in the $4,618 in U.S. currency.

2. On March 31, 2021, the United States filed a Declaration of Publication regarding the posting of Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov. Filing 44.

3. The United States has advised the Court that no party has filed a petition to assert a claim for the $4,618 in U.S. currency. *See* Filing 45. Upon review of the record, the Court finds that no person or entity has filed a petition.

4. Thus, the United States of America's Motion for Final Order of Forfeiture (Filing 45) should be granted.

IT IS ORDERED:

　　　1. The United States of America's Motion for Final Order of Forfeiture (Filing 45) is granted;

2. All right, title, and interest in and to the $4,618 in U.S. currency held by any person or entity is hereby forever barred and foreclosed.

3. The $4,618 in U.S. currency is hereby forfeited to the United States of America.

4. The United States of America is directed to forfeit the $4,618 in U.S. currency in accordance with law.

Dated this 5th day of April, 2021.

BY THE COURT:

Brian C. Buescher
United States District Judge